IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 1:98-cr-00019-MMP

ARTHUR W. HOUSEHOLDER,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 1493, Motion for Early Termination of Supervised Release. The Court has consulted the probation office and the Assistant United States Attorney, neither of whom offered objection. The motion is granted, and the defendant is terminated from supervised release.

**DONE AND ORDERED** this  *16th* day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge